# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDUCATION EXPLOSION, INC.
AND IMPACT CHARTER SCHOOL

NO.   2025 CW 0672

VERSUS

CHAKESHA SCOTT, ERIC SCOTT,
COURTNEY SCOTT, MARILYN
WEBB, AND FRIENDS OF IMPACT
CHARTER SCHOOL

**JULY 18, 2025**

---

In Re:    Chakesha Scott, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          759881.

---

BEFORE:    **THERIOT, LANIER, AND MILLER, JJ.**

   **STAY DENIED; WRIT DENIED.**

                                WIL

     **Theriot, J.,** concurs and would deny the writ on the showing
made.

     **Miller, J.,** concurs in the denial of the stay, but dissents
and would grant the writ.  Plaintiffs, in part, seek declaratory
judgment herein to declare that the Louisiana Board of Elementary
and Secondary Education ("BESE") appointed the current Board of
Directors of plaintiffs under authority granted under state law,
and that the reconstitution of the Board was specially authorized
by law, citing La. R.S. 17:3992(D).  Under La. Code Civ. P. art.
641(1), a person may be considered a party needed for just
adjudication if, absent his presence, complete relief cannot be
accorded among those already parties. See also La. Code Civ. P.
art. 1880 ("[w]hen declaratory relief is sought, all persons shall
be made parties who have or claim any interest which would be
affected by the declaration[.]").  I find BESE is such a party,
since a portion of the relief sought is to declare BESE's actions
in compliance with law.  Accordingly, I would reverse the ruling
of the district court, grant the exception of non-joinder, and
remand the matter to the district court with instructions to issue
an order granting plaintiffs the opportunity to amend the petition
within a delay deemed reasonable by the district court. See La.
Code Civ. P. art. 934.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT